# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RHONDA CANO and BRIAN BRIDENSTINE,** : | CIVIL ACTION NO. 1:06-CV-0574 |
| : | **(Judge Conner)** |
| **Plaintiffs** : | |
| v.  : | |
| **JASON CHURNEY and NATHAN LIEBERUM,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 13th day of February, 2007, upon consideration of defendants' motion for partial summary judgment (Doc. 17), and plaintiffs' certificate of concurrence (Doc. 21), it is hereby ORDERED that:

1. The motion for partial summary judgment (Doc. 17) is GRANTED.

2. The Clerk of Court is directed to defer the entry of judgment until the conclusion of this case.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
